UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHONG SOURIVONG
CASEY PRASATHANE

      VS.                                              C.A. No.: 13-729M

US BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR THE RMAC TRUST SERIES 2012-5, ALIAS,
BANK OF NEW YORK MELLON
AS TRUSTEE FOR PROTIUM MASTER
GRANTOR TRUST, ALIAS
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., ALIAS,
STATEBRIDGE COMPANY, LLC, ALIAS
AND JOHN DOE, ALIAS

## NOTICE OF DISMISSAL

      Plaintiffs, by their attorney, voluntarily dismisses this action without prejudice pursuant to FRCP 41.

                                                    CHONG SOURIVONG
                                                    CASEY PRASATHANE
                                                    By their Attorney

May 1, 2014                                /s/ John B. Ennis
                                                      JOHN B. ENNIS, ESQ. #2135
                                                      1200 Reservoir Avenue
                                                      Cranston, Rhode Island 02920
                                                      (401) 943- 9230

## CERTIFICATE OF SERVICE

I hereby certify that I emailed a copy of this Notice of Dismissal on May 1, 2014 to all parties, which are electronic filers, to The Office of the Special Master and to the following:

Joseph M. Dolben, Esq.
Marinosci Law Group, PC
1350 Division Road
Suite 301
West Warwick, RI 02893

/s/John B. Ennis
JOHN B. ENNIS, ESQ.